No. 02–7369. PORTALATIN v. CITY OF ALTAMONTE SPRINGS, FLORIDA. C. A. 11th Cir. Certiorari denied. 

No. 02–7378. DUNG HUNG NGUYEN v. CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–7382. MURPHY v. MISSOURI BOARD OF PROBATION AND PAROLE ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–7390. ROBINSON, AKA BEN YOWEL v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. 

No. 02–7392. JORDAN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–7393. LYNCH-BEY v. BOLDEN ET AL. C. A. 6th Cir. Certiorari denied. 

No. 02–7395. LACY v. MISSISSIPPI. Ct. App. Miss. Certiorari denied. 

No. 02–7400. PROFFITT v. GARRAGHTY, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 02–7405. CARTER v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 02–7406. WILLEMS v. PIMA COUNTY, ARIZONA, BY AND THROUGH ITS BOARD OF SUPERVISORS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–7408. STRAYER-SZERLIP v. SZERLIP. Ct. App. Ohio, Knox County. Certiorari denied.

No. 02–7414. WELCH v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–7415. WILLIAMS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 02–7416. WILSON v. WESLEY MEDICAL CENTER. C. A. 10th Cir. Certiorari denied.